## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CDL, INC., | : No. 571 EAL 2014 |
| | : |
| Respondent | : |
| | : Cross Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| CERTAIN UNDERWRITERS AT | : |
| LLOYD'S LONDON, ET. AL., | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 1st day of May, 2015, the Cross Petition for Allowance of Appeal is **DENIED**.